No. 80–562. HATAMI v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 80–566. CHAVIS ET AL. v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 80–567. PEREA v. STOUT ET AL. Ct. App. N. M. Certiorari denied.

No. 80–572. SAMBS v. CITY OF BROOKFIELD. Sup. Ct. Wis. Certiorari denied.

No. 80–575. THOMPSON v. NATIONAL RAILROAD PASSENGER CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–589. CITY OF MANASSAS PARK ET AL. v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 80–621. WASHINGTON v. HANTON. Sup. Ct. Wash. Certiorari denied.

No. 80–658. FREY ET AL. v. PANZA ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–665. SOUTHLAND NEWS, INC. v. CITY OF SPRINGFIELD, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 80–725. SHELTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–739. AAA TRUCKING CORP. ET AL. v. GREEN ET AL. Super. Ct. N. J., App. Div. Certiorari denied.